# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:16-cv-01220-JRT-FLN

| | |
|---|---|
| BENJAMIN HUDOCK AND BREANN HUDOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, LLC,<br><br>Defendants. | **LG ELECTRONICS U.S.A., INC.'S MOTION TO DISMISS COMPLAINT** |

Defendant LG Electronics U.S.A., Inc., through its undersigned counsel, hereby moves the Court for an Order Dismissing Plaintiffs' Complaint. This Motion is based upon Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and the files, records and proceedings herein, including the Memorandum submitted in connection with this Motion, and such other documentation and argument as may come before the Court.

Dated: July 12, 2016     **HOGAN LOVELLS US LLP**

/s/     *Mitchell E. Zamoff*
Mitchell E. Zamoff (MN No. 389582)
J. Christopher Mitchell (MN No. 395128)
Alicia Paller (MN No. 397780)
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel: 612.402.3000
Fax: 612.402.3001
mitch.zamoff@hoganlovells.com
chris.mitchell@hoganlovells.com
alicia.paller@hoganlovells.com

1

Phoebe A. Wilkinson (*pro hac vice pending*)
A. Elizabeth Korchin (*pro hac vice pending*)
875 Third Avenue
New York, NY 10022
Tel: 212.918.3000
Fax: 212.918.3100
phoebe.wilkinson@hoganlovells.com
elizabeth.korchin@hoganlovells.com

*Counsel for Defendant LG Electronics U.S.A., Inc.*