UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 0:16-cv-01220-JRT-FLN

| | |
|---|---|
| BENJAMIN HUDOCK AND BREANN HUDOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, LLC,<br><br>Defendants. | **BEST BUY CO., INC., BEST BUY STORES, L.P., AND BESTBUY.COM, LLC MOTION TO DISMISS COMPLAINT** |

Defendants Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC, through their undersigned counsel, hereby move the Court for an Order Dismissing Plaintiffs' Complaint. This Motion is based upon Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and the files, records and proceedings herein, including the Memorandum submitted in connection with this Motion and the Memorandum in Support of LG Electronics U.S.A., Inc.'s Motion to Dismiss, and such other documentation and argument as may come before the Court.

1

Dated: July 12, 2016                **HOGAN LOVELLS US LLP**

*/s/      Mitchell E. Zamoff*
   Mitchell E. Zamoff (MN No. 389582)
   J. Christopher Mitchell (MN No. 395128)
   Alicia Paller (MN No. 397780)
   80 South Eighth Street, Suite 1225
   Minneapolis, MN 55402
   Tel: 612.402.3000
   Fax: 612.402.3001
   mitch.zamoff@hoganlovells.com
   chris.mitchell@hoganlovells.com
   alicia.paller@hoganlovells.com

   Phoebe A. Wilkinson (*pro hac vice pending*)
   A. Elizabeth Korchin (*pro hac vice pending*)
   875 Third Avenue
   New York, NY 10022
   Tel: 212.918.3000
   Fax: 212.918.3100
   phoebe.wilkinson@hoganlovells.com
   elizabeth.korchin@hoganlovells.com

   *Counsel for Defendants Best Buy Co., Inc.,*
   *Best Buy Stores, L.P., and BestBuy.Com, LLC*