## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 0:16-cv-01220-JRT-FLN

| | |
|---|---|
| BENJAMIN HUDOCK AND BREANN HUDOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, LLC,<br><br>Defendants. | **NOTICE OF HEARING ON BEST BUY CO., INC., BEST BUY STORES, L.P., AND BESTBUY.COM, LLC MOTION TO DISMISS COMPLAINT** |

**TO PLAINTIFFS BENJAMIN AND BREANN HUDOCK AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC, through their undersigned counsel, will bring a Motion to Dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), at a hearing date to be determined, before the Honorable John R. Tunheim. The hearing will be held at the United States District Court for the District of Minnesota, located at 300 South Fourth Street, Minneapolis, MN 55415.

Dated: July 12, 2016                    **HOGAN LOVELLS US LLP**

/s/     Mitchell E. Zamoff
Mitchell E. Zamoff (MN No. 389582)
J. Christopher Mitchell (MN No. 395128)
Alicia Paller (MN No. 397780)
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel: 612.402.3000
Fax: 612.402.3001
mitch.zamoff@hoganlovells.com
chris.mitchell@hoganlovells.com
alicia.paller@hoganlovells.com

Phoebe A. Wilkinson (*pro hac vice pending*)
A. Elizabeth Korchin (*pro hac vice pending*)
875 Third Avenue
New York, NY 10022
Tel: 212.918.3000
Fax: 212.918.3100
phoebe.wilkinson@hoganlovells.com
elizabeth.korchin@hoganlovells.com

*Counsel for Defendants Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC*