# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:16-cv-01220-JRT-FLN

| | |
|---|---|
| BENJAMIN HUDOCK, BREANN HUDOCK, and GERALD DELOSS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, LLC,<br><br>        Defendants. | **LG ELECTRONICS U.S.A., INC.'S PARTIAL MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendant LG Electronics U.S.A., Inc., through its undersigned counsel, hereby moves the Court for an Order Dismissing in Part Plaintiffs' First Amended Class Action Complaint. This Motion is based upon Fed. R. Civ. P. 12(b)(6) and the files, records, and proceedings herein, including the Memorandum submitted in connection with this Motion, and such other documentation and argument as may come before the Court.

| | |
|---|---|
| Dated: June 5, 2017 | **HOGAN LOVELLS US LLP**<br><br>/s/        *Mitchell E. Zamoff*<br>Mitchell E. Zamoff (MN No. 389582)<br>Alicia J. Paller (MN No. 397780)<br>80 South Eighth Street, Suite 1225<br>Minneapolis, MN 55402<br>T. (612) 402-3000<br>F. (612) 402-3001<br>mitch.zamoff@hoganlovells.com<br>alicia.paller@hoganlovells.com |

1

Phoebe A. Wilkinson (*pro hac vice*)
A. Elizabeth Korchin (*pro hac vice*)
875 Third Avenue
New York, NY 10022
T. (212) 918-3000
F. (212) 918-3100
phoebe.wilkinson@hoganlovells.com
elizabeth.korchin@hoganlovells.com

*Counsel for LG Electronics, U.S.A., Inc.*