**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 0:16-cv-01220-JRT-FLN**

| | |
|---|---|
| BENJAMIN HUDOCK, BREANN HUDOCK, and GERALD DELOSS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, LLC,<br><br>        Defendants. | **BEST BUY CO., INC., BEST BUY STORES, L.P., AND BESTBUY.COM, LLC'S PARTIAL MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendants Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC, through their undersigned counsel, hereby move the Court for an Order Dismissing in Part Plaintiffs' First Amended Class Action Complaint. This Motion is based upon Fed. R. Civ. P. 12(b)(6) and the files, records, and proceedings herein, including the Memorandum submitted in connection with this Motion and the Memorandum in Support of LG Electronics U.S.A., Inc.'s Partial Motion to Dismiss First Amended Class Action Complaint, and such other documentation and argument as may come before the Court.

Dated: June 5, 2017

**HOGAN LOVELLS US LLP**

/s/        *Mitchell E. Zamoff*
Mitchell E. Zamoff (MN No. 389582)
Alicia J. Paller (MN No. 397780)
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000

1

F. (612) 402-3001
mitch.zamoff@hoganlovells.com


Phoebe A. Wilkinson (*pro hac vice*)
A. Elizabeth Korchin (*pro hac vice*)
875 Third Avenue
New York, NY 10022
T. (212) 918-3000
F. (212) 918-3100
phoebe.wilkinson@hoganlovells.com
elizabeth.korchin@hoganlovells.com

*Counsel for Best Buy Co., Inc., Best Buy
Stores, L.P., and BestBuy.com, LLC*