**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| BENJAMIN HUDOCK, BREANN HUDOCK, and GERALD DELOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, LLC,<br><br>Defendants. | CASE NO.: 0:16-cv-01220-JRT-FLN<br><br><br>**ORDER GRANTING STIPULATION REGARDING PRE-DISCOVERY DISCLOSURE EXTENSION** |

Upon consideration of the Parties' Joint Stipulation Regarding Amended Complaint [CM/ECF No. 78], and good cause appearing, the Court hereby ORDERS that Defendants' deadline to serve their Pre-Discovery Disclosures shall be extended to a date to be agreed upon by the Parties at the conclusion of their mediation efforts with Judge Keyes, or to October 18, 2017, whichever is sooner.

IT IS SO ORDERED.

Dated: September 19, 2017.         *s/Franklin L. Noel*
                                   The Honorable Franklin L. Noel
                                   United States Magistrate Judge