# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| BENJAMIN HUDOCK, BREANN HUDOCK, and GERALD DELOSS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC.; BEST BUY STORES, L.P.; and BESTBUY.COM, LLC,<br><br>                Defendants. | Civil No. 16-1220 (JRT/FLN)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION FOR REPLIES IN FURTHER SUPPORT OF DEFENDANTS' PARTIAL MOTIONS TO DISMISS** |

    Mitchell Zamoff, **HOGAN LOVELLS US LLP,** 80 South Eighth Street, Suite 1225, Minneapolis, MN 55402-2113, for plaintiffs.

    David M. Cialkowski, **ZIMMERMAN REED, PLLP,** 1100 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for defendants.

    The Parties filed a Joint Stipulation Regarding Extension for Replies in Further Support of Defendants' Partial Motions to Dismiss [Docket No. 82].

    Based on the file, records and proceedings in this case, **IT IS HEREBY ORDERED** that Defendants' deadline to file their Replies shall be extended to a date to be agreed upon by the Parties at the conclusion of their mediation efforts with Judge Keyes, or to October 30, 2017, whichever is sooner.

Dated: October 5, 2017            s/John R. Tunheim
at Minneapolis, Minnesota.        JOHN R. TUNHEIM
                                  Chief Judge
                                  United States District Court