## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *Hudock et al. v. LG Electronics U.S.A., Inc. et al.*<br><br>This Document Relates To:<br><br>All Actions | Lead Case No. 16-cv-01220 JRT-KMM<br><br>**[PROPOSED] ORDER** |

Pursuant Plaintiffs' Motion to Compel Defendants to Produce Documents Improperly Withheld as Privileged, (Doc. No. 186),

**IT IS HEREBY ORDERED** that

1. Defendants LG Electronics U.S.A., Inc., Best Buy Co., Inc., Best Buy Stores L.P., and BestBuy.com, LLC ("Defendants") have improperly asserted the attorney-client privilege and the common-interest privilege over documents and communications among non-lawyers having a predominantly business purpose; and

2. Defendants have improperly asserted privilege over documents and communications where they have failed to establish who received certain withheld information and whether they had the need-to-know it.

**IT IS FURTHER ORDERED** that

1. Defendants shall produce all documents improperly withheld and information improperly redacted within one week of the date of this Order; or

2. Defendants shall amend their privilege logs to add more factual detail by explaining how and why their documents are entitled to protection, including specifying as to whether and how recipients of certain purportedly privileged information had a need-to-

know that information within one week of the date of this Order; or

3.       Plaintiffs shall produce to the Court and Defendants a list of categories of documents that Plaintiffs intend to challenge for being improperly withheld within one week of the date of this Order. Within one week of said production, Defendants shall produce to the Court for *in camera* review the unredacted versions of the documents in Plaintiffs' list to determine the propriety of Defendants' privilege claims.

4.       Discovery shall be reopened for the limited purpose of allowing Plaintiffs the opportunity to obtain testimony relating to documents that this Court finds to have been improperly withheld and orders be produced. The Parties shall meet and confer on the time allowed for such discovery and report to the Court on a proposed schedule within one week of the date of this Order.

**IT IS SO ORDERED.**

Dated: May \_\_\_\_, 2019

                                                                                       _____
                                                                                       Hon. Kate M. Menendez
                                                                                       U.S. Magistrate Judge