# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *Hudock et al. v. LG Electronics U.S.A., Inc. et al.*<br><br>This Document Relates To:<br><br>All Actions | Lead Case No. 16-cv-1220- RT-KMM<br><br>**ORDER GRANTING STIPULATION TO MODIFY DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL** |

**IT IS HEREBY ORDERED** that, for good cause shown and pursuant to the Parties' joint stipulation (ECF No. 195), the deadline for Defendants' response to Plaintiffs' Motion to Compel Defendants to Produce Documents Improperly Withheld As Privileged (ECF No. 186) shall be modified as stated below:

1. The deadline to file a response to Plaintiffs' Motion to Compel Defendants to Produce Documents Improperly Withheld as Privileged shall be May 31, 2019.

2. All other deadlines are unchanged.

**IT IS SO ORDERED.**

Date: May 24, 2019               *s/Katherine Menendez*
                                 Katherine Menendez
                                 United States Magistrate Judge