## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *Hudock et al. v. LG Electronics U.S.A., Inc. et al.*<br><br>This Document Relates To:<br><br>All Actions | Lead Case No. 16-cv-01220 JRT-KMM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXPERT AND CLASS CERTIFICATION DEADLINES** |

**IT IS HEREBY ORDERED** that, for good cause shown and pursuant to the Parties' joint stipulation, the Parties' remaining expert and class certification deadlines shall be modified as stated below:

1. The deadline for Defendants to serve rebuttal expert reports shall be June 28, 2019.

2. The deadline for Plaintiffs to depose Defendants' rebuttal experts shall be July 30, 2019.

3. The deadline for Plaintiffs to file a motion seeking class certification shall be August 6, 2019.

4. The deadline for Defendants to file an opposition to Plaintiffs' motion seeking class certification shall be September 18, 2019.

5. The deadline for Plaintiffs to file a reply in support of their motion seeking class certification shall be October 23, 2019.

6. All other deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated: June ___, 2019

                                                Hon. Kate M. Menendez
                                                U.S. Magistrate Judge