

| | | |
|---|---|---|
| **MINNESOTA OFFICE**<br>CANADIAN PACIFIC PLAZA<br>120 S. 6TH ST., STE 2600<br>MINNEAPOLIS, MN 55402 | | **CALIFORNIA OFFICE**<br>600 B STREET<br>17TH FLOOR<br>SAN DIEGO, CA 92101 |

**RAINA C. BORRELLI**
rborrelli@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622

July 30, 2019

<u>**VIA ECF**</u>
Chief Judge John R. Tunheim
United States District Court
15 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:   *Hudock et al. v. LG Electronics U.S.A., Inc. et al.*,
             Lead Case No. 16-cv-01220 (JRT-KMM)

Dear Chief Judge Tunheim:

      Plaintiffs write pursuant to Local Rule 7.1(f)(1)(D) regarding the word count limitation for Plaintiffs' motion for class certification to be filed on Tuesday, August 6, 2019. The parties have conferred and agreed to jointly request an extension from the 12,000-word limit. Specifically, Plaintiffs request an extension from 12,000 to 18,000 words for their opening memoranda and reply, and Defendants seek the same extension to 18,000 words for their joint opposition to Plaintiffs' motion. This extension is necessary given the complex factual and legal claims involved, and the Parties believe it will ensure that this Court has all the information it needs to render a decision regarding class certification.

                                                   Sincerely,

                                                     GUSTAFSON GLUEK PLLC

                                                     */s/ Raina S. Borrelli*

                                                     Raina C. Borrelli

RCB/jlh
    cc:     All Counsel of Record (via ECF)