# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *Hudock et al. v. LG Electronics U.S.A., Inc. et al.*<br><br>This Document Relates To:<br>All Actions | Lead Case No. 16-cv-1220 JRT-KMM<br><br>**DECLARATION OF DAVID M. CIALKOWSKI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, David M. Cialkowski, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at the firm of Zimmerman Reed LLP ("Zimmerman Reed"), one of the attorneys of record for Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Class Certification and my request to be appointed class counsel, along with my co-counsel, Daniel Hedlund of Gustafson Gluek PLLC.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3. I certify the documents attached hereto and listed in **Schedule A**, below, are true and correct copies of the foregoing exhibits:

## **Schedule A**

| | |
|---|---|
| Exhibit 1 | Expert Report den Boer <br> (Filed Under Seal) |
| Exhibit 2 | BBY0065523 <br> (Filed Under Seal) |
| Exhibit 3 | Gezella Transcript Excerpts <br> (Filed Under Seal) |
| Exhibit 4 | BBY0030908 <br> (Filed Under Seal) |
| Exhibit 5 | BBY0064508 <br> (Filed Under Seal) |
| Exhibit 6 | LGE0131144 <br> (Filed Under Seal) |
| Exhibit 7 | LGE0329814 <br> (Filed Under Seal) |
| Exhibit 8 | LG 30(b)(6) Transcript Excerpts <br> (Filed Under Seal) |
| Exhibit 9 | LGE0466578 <br> (Filed Under Seal) |
| Exhibit 10 | LGE0466580 <br> (Filed Under Seal) |
| Exhibit 11 | LGE0135515 <br> (Filed Under Seal) |
| Exhibit 12 | LGE0449573 <br> (Filed Under Seal) |
| Exhibit 14 | Calacci Transcript Excerpts <br> (Filed Under Seal) |

| | |
|---|---|
| Exhibit 15 | Nemecek Transcript Excerpts<br>(Filed Under Seal) |
| Exhibit 16 | LGE0465199 |
| Exhibit 17 | Spry Transcript Excerpts<br>(Filed Under Seal) |
| Exhibit 18 | Wolf Transcript Excerpts<br>(Filed Under Seal) |
| Exhibit 19 | Simonson Transcript Excerpts<br>(Filed Under Seal) |
| Exhibit 20 | BBY 30(b)(6) Transcript Excerpts<br>(Filed Under Seal) |
| Exhibit 21 | LGE0135117<br>(Filed Under Seal) |
| Exhibit 22 | LGE0126487<br>(Filed Under Seal) |
| Exhibit 23 | LGE0317213 Excerpt<br>(Filed Under Seal) |
| Exhibit 24 | LGE0280067<br>(Filed Under Seal) |
| Exhibit 25 | LGE0416373<br>(Filed Under Seal) |
| Exhibit 26 | LGE0468466<br>(Filed Under Seal) |
| Exhibit 27 | LG Third Am. ROG Resp. (Apr. 23, 2019)<br>(Filed Under Seal) |
| Exhibit 28 | LGE0466407<br>(Filed Under Seal) |

| | |
|---|---|
| Exhibit 29 | LGE0466408 (Filed Under Seal) |
| Exhibit 30 | LGE0007300 (Filed Under Seal) |
| Exhibit 31 | LGE0008110 (Filed Under Seal) |
| Exhibit 32 | LGE0087214 (Filed Under Seal) |
| Exhibit 33 | LGE0093199 (Filed Under Seal) |
| Exhibit 34 | BBY0065417 (Filed Under Seal) |
| Exhibit 35 | LGE0331892 (Filed Under Seal) |
| Exhibit 36 | LGE0139759 (Filed Under Seal) |
| Exhibit 37 | BBY0031722 (Filed Under Seal) |
| Exhibit 38 | LGE0003515 (Filed Under Seal) |
| Exhibit 39 | LGE0412105 (Filed Under Seal) |
| Exhibit 40 | LGE0139329 (Filed Under Seal) |
| Exhibit 41 | LGE0034469 (Filed Under Seal) |

| | |
|---|---|
| Exhibit 42 | LGE0072756 (Filed Under Seal) |
| Exhibit 43 | LGE0070986 (Filed Under Seal) |
| Exhibit 44 | LGE0035120 (Filed Under Seal) |
| Exhibit 45 | LGE0071626 (Filed Under Seal) |
| Exhibit 46 | BBY0046436 (Filed Under Seal) |
| Exhibit 47 | LGE0245954 (Filed Under Seal) |
| Exhibit 48 | LGE0468062 (Filed Under Seal) |
| Exhibit 49 | LGE0061503 (Filed Under Seal) |
| Exhibit 50 | LGE0082048 (Filed Under Seal) |
| Exhibit 51 | BBY0043773 (Filed Under Seal) |
| Exhibit 52 | BBY0052210 (Filed Under Seal) |
| Exhibit 53 | LGE0460927 (Filed Under Seal) |
| Exhibit 54 | LGE0085489 (Filed Under Seal) |

| Exhibit 55 | LGE0150502<br>(Filed Under Seal) |
|---|---|
| Exhibit 56 | LGE0134043<br>(Filed Under Seal) |
| Exhibit 57 | LGE0134044<br>(Filed Under Seal) |
| Exhibit 58 | LGE0334132<br>(Filed Under Seal) |
| Exhibit 59 | LGE0136212<br>(Filed Under Seal) |
| Exhibit 60 | BBY0070641<br>(Filed Under Seal) |
| Exhibit 61 | Loretucci Transcript Excerpts<br>(Filed Under Seal) |
| Exhibit 62 | LGE0056756<br>(Filed Under Seal) |
| Exhibit 63 | LGE0060194<br>(Filed Under Seal) |
| Exhibit 64 | BBY0065020<br>(Filed Under Seal) |
| Exhibit 65 | BBY0030190<br>(Filed Under Seal) |
| Exhibit 66 | BBY0063559<br>(Filed Under Seal) |
| Exhibit 67 | LGE0060245<br>(Filed Under Seal) |

| | |
|---|---|
| Exhibit 68 | LGE0085661<br>(Filed Under Seal) |
| Exhibit 69 | LGE0019259<br>(Filed Under Seal) |
| Exhibit 70 | LGE0138062<br>(Filed Under Seal) |
| Exhibit 71 | BBY0060394<br>(Filed Under Seal) |
| Exhibit 72 | LGE0441993<br>(Filed Under Seal) |
| Exhibit 73 | LGE0030906<br>(Filed Under Seal) |
| Exhibit 74 | LGE0020631<br>(Filed Under Seal) |
| Exhibit 75 | LGE0139914<br>(Filed Under Seal) |
| Exhibit 76 | LGE0139918<br>(Filed Under Seal) |
| Exhibit 77 | LGE0139919<br>(Filed Under Seal) |
| Exhibit 78 | LGE0139920<br>(Filed Under Seal) |
| Exhibit 79 | LGE0132555<br>(Filed Under Seal) |
| Exhibit 80 | BBY0065539<br>(Filed Under Seal) |

| Exhibit 81 | Hudock Transcript Excerpts |
| --- | --- |
| Exhibit 82 | Villa Lara Transcript Excerpts (Filed Under Seal) |
| Exhibit 83 | Mannacio Transcript Excerpts |
| Exhibit 84 | Fleishman Transcript Excerpts |
| Exhibit 85 | Expert Report Weir (Filed Under Seal) |
| Exhibit 86 | Expert Report Gaskin (Filed Under Seal) |
| Exhibit 87 | 50 State Chart: UDAP |
| Exhibit 88 | 50 State Chart: Unjust Enrichment |
| Exhibit 89 | 50 State Chart: Contract |

4. Exhibits 5, 13, 48, 55, 57, 58, and 65 were produced as native files (*e.g.*, PowerPoint or Excel) and have been modified to include their respective confidentiality designations and bates number.

5. Exhibit 23 is an excerpt of the native Excel spreadsheet and contains only the "All Features" tab. It has been modified to include its confidentiality designation and bates number.

6. I am a partner of Zimmerman Reed and am a member in good standing of the State Bars of Illinois and Minnesota.

7. To date, I have been one of the primary attorneys representing the Plaintiffs in this case. I have worked closely with co-counsel Gustafson

8

Gluek PLLC, Hudock Law Group, S.C., and Turke & Straus LLP, in managing the litigation. My work, along with co-counsel, includes, but is not limited to: investigating the case theory and background facts; developing general legal strategy; developing the claims to be presented; drafting pleadings including the operative complaint; drafting motions; preparing for and attending court hearings; drafting discovery and taking depositions; working with expert witnesses; corresponding with opposing counsel; and assisting the Plaintiffs in responding to discovery and appearing for depositions.

8. I am a 1998 graduate of the University of Illinois College of Law in Champaign, Illinois. I have been a member in good standing of the State Bar of Minnesota since 2000 and the State Bar of Illinois since 1998. I am also admitted to practice before the following courts: United States District Court for the District of Minnesota and the United States District Court for the District of Illinois.

9. I started working at Zimmerman Reed as an associate attorney in 2001 and have been a partner at Zimmerman Reed since 2007. Since then, my practice has focused on serving as counsel in a variety of different types of class actions including, but not limited to, those involving consumer fraud and products liability.

9

10. I have never faced any discipline or received any sanction from a state bar association for misconduct or ethical violation.

11. Zimmerman Reed, with offices in Minneapolis, Minnesota, Los Angeles, California, and Scottsdale, Arizona, has extensive experience in the prosecution, trial and settlement of a broad range of class actions and other types of complex and mass tort litigation, as the attached firm resume shows. *See* **Exhibit 90**, filed concurrently herewith.

12. Zimmerman Reed attorneys hold weekly meetings (and bi-annual retreats) to discuss pertinent issues that arise in cases the firm files, including the case at Bar. I regularly participate in those meetings and discussions which provide me a fuller understanding of consumer fraud and product liability litigation and the disputes and legal issues that often arise in the course of litigating such claims. In addition, other attorneys at my firm contribute, advise, and assist my practice as needed depending on the particular case. This collaborative environment is why I believe Zimmerman Reed's skill and experience, as a firm, is also relevant to my declaration. A significant portion of our firm's practice is dedicated to protecting the rights of consumers against fraud and product liability.

13. I have been found to be qualified to serve as class counsel by other courts, and am qualified to serve as class counsel in this case. For example, I served as court-appointed co-lead class counsel in *In re Dockers*

*Roundtrip Airfare Promotion Sales Practices Litig.*, No. 09-cv-2847 (C.D. Cal.), as part of the co-lead counsel in *In re Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 2552 (D. Minn.), and as a member of the Plaintiffs' Steering Committee in *In re Apple iPhone 3G and 3G-S "MMS" Mktg. & Sales Practices Litig.*, MDL No. 2116 (E.D. La.). I also served as a member of the team representing the Mississippi Attorney General's office in *Mississippi v. AU Optronics*, 134 S. Ct. 736 (2014), an antitrust and consumer fraud case involving LCD televisions.

14. Plaintiffs Breann Hudock, Ivan Villa Lara, Eugene Mannacio, and Brian Fleishman have been diligent in their roles as putative Class representatives; they have participated in the discovery process by collecting and producing documents and sitting for depositions. They have also been kept apprised of developments in the litigation by communicating with counsel on a regular basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of August, 2019, at Minneapolis, Minnesota.

*/s/ David M. Cialkowski*
David M. Cialkowski
