# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HUDOCK et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. et al.,<br><br>　　　　　　　　Defendants.<br><br>This document relates to:<br><br>All actions | Lead Case No. 0:16-cv-01220-JRT-KMM<br><br>**[*PROPOSED*] ORDER GRANTING DEFENDANTS LG ELECTRONICS U.S.A., INC., BEST BUY CO., INC., BEST BUY STORES, L.P., AND BESTBUY.COM, LLC'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Upon review of Defendants LG Electronics U.S.A., Inc., Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC's (collectively, "Defendants") Motion for Summary Judgment, the memoranda of law and papers presented in support thereof and in opposition thereto, the arguments of counsel, and the entire record herein, it is by the United States District Court, District of Minnesota, hereby

　　　　ORDERED, that Defendants' Motion for Summary Judgment is GRANTED.

2

DONE and ORDERED in Chambers this __day of _____, 2020.

                                                                                            _____
HONORABLE JOHN R. TUNHEIM
Chief Judge
United States District Court