# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# TELEPHONIC HEARING

| | |
|---|---|
| Hudock et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Kate Menendez |
| v. | U.S. Magistrate Judge |
| LG Electronics U.S.A., et al., | |
| Defendants. | |

| | |
|---|---|
| Case No: | 16-cv-1220-JRT-KMM |
| Date: | April 27, 2020 |
| Location: | Telephonic |
| Court Reporter: | Debra Beauvais |
| Digital Recording: | 1:00 PM–1:20 PM |
| Time Commenced: | 1:00 PM |
| Time Concluded: | 1:20 PM |
| Time in Court: | 20 minutes |

**APPEARANCES:**

　For Plaintiff:　Brittany N. Resch, Daniel C. Hedlund, Gustafson Gluek PLLC, and Alyssa Leary, Zimmerman Reed.

　For Defendants:　Robert Wolinksy, Phoebe Anne Wilkinson, and Peter H. Walsh, Hogan Lovells US LLP

**HEARING ON:**

(1) Letter to Magistrate Judge (ECF No. 563) and Letter to Magistrate Judge (ECF No. 566).

　The Court held a telephonic hearing to discuss setting a schedule for limited class-wide discovery. Counsel will meet and confer, and submit a stipulated schedule with discovery limitations within 30 days, or will bring any disagreements to the Court regarding that schedule by the same deadline. The Court will have a telephonic status conference in 90 days.

　　　　　　　　　　　　　　　　　　s/ Lisa Colburn
　　　　　　　　　　　　　　　　　　Signature of Law Clerk