# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Hudock et al., | Case No. 0:16-cv-1220-JRT-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| LG Electronics U.S.A., Inc., et al., | |
| Defendants. | |

This document relates to:

All actions

      This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing for documents filed under temporary seal in connection with the Plaintiffs' Motion to Exclude the Declaration of Taylor Vander Aarde. (Joint Mot., ECF No. 534; Pls.' Mot. to Exclude, ECF No. 475.) The parties filed 25 documents under temporary seal. They agree that several of these documents should be unsealed and that others should remain sealed in light of the relevant legal standards for non-judicial records.  Having reviewed the relevant documents and applying the legal standards articulated in *IDT Corp. v. eBay*, 709 F.3d 1220 (8th Cir. 2013), the Joint Motion is **GRANTED**.

1. The Clerk of Court shall unseal the documents at the following docket entries: 480, 480-2, 480-4, 480-5, 480-10, 480-11, 480-12, 480-13, 508, 508-3, 508-4, 508-7.

2. The Clerk of Court shall keep the following documents under seal: 477, 480-1, 480-3, 480-6, 480-7, 480-8, 480-9, 480-14, 480-15, 508-1, 508-2, 508-5, 508-6.

Date: May 26, 2020

                                                    *s/Katherine Menendez*
                                                    Katherine Menendez
                                                    United States Magistrate Judge