# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-8004
_____

Breann Hudock; Eugene Mannacio; Brian Fleishman, individually and on behalf of all others similarly situated

Respondents

v.

LG Electronics U.S.A., Inc.; Best Buy Co., Inc.; Best Buy Stores, L.P.; BestBuy.com, LLC

Petitioners

------------------------------

Retail Litigation Center, Inc.; Consumer Technology Association; Association of Home Appliance Manufacturers; Chamber of Commerce of the United States; The Product Liability Advisory Council

Amici on Behalf of Petitioner

_____

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01220-JRT)
_____

**JUDGMENT**

Before BENTON, WOLLMAN, and ERICKSON, Circuit Judges.

Petition for permission to appeal the class certification order has been considered by the court and is granted. Mandate shall issue forthwith.

June 29, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans