# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION**

HUDOCK et al.,

        Plaintiff(s)        Lead Case No. 0:16-cv-01220-JRT-KMM

v.

LG ELECTRONICS U.S.A., INC. et al.,

        Defendant(s)

The undersigned Robert B. Wolinsky hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☒ I intend to request redaction of material designated as Confidential or Confidential – Attorneys' Eyes Only located within the transcript of Motions Hearing held on 6/29/2020 before Chief Judge John R. Tunheim [ECF No. 599], filed on July 15, 2020 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1, the protective order in this case [ECF No. 113], the Court's order granting Defendants' Motion for a Protective Order for Redaction of Information from Class Certification Hearing Transcript [ECF No. 576], and the Court's orders granting, or granting in part, the parties' Joint Motions regarding Continued Sealing [ECF Nos. 389, 573, 577, 579].

Dated: July 22, 2020                /s/*Robert B. Wolinsky*