# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| Benjamin Hudock, et al., | **COURT MINUTES** |
| | BEFORE: Kate Menendez |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | |
| LG Electronics U.S.A., Inc., et al., | Case No: 16-cv-1220-JRT-KMM |
| | Date: 9/28/21 |
| | Location: Telephonic |
| Defendant(s). | Time Commenced: 3:00 p.m. |
| | Time Concluded: 3:25 p.m. |
| | Time in Court: 25 Minutes |

APPEARANCES:

For Plaintiff:   Daniel C. Hedlund, David M. Cialkowski, Daniel E. Gustafson
For Defendant:  Phoebe A. Wilkinson, Peter H. Walsh, Daniel J. Petrokas

The Court held a telephonic status conference to discuss the next steps in this case in light of the recent decision from the Eighth Circuit. The Court will hold an additional call in 45 days. Between now and then, counsel should discuss how long a trial might take and when the parties can be ready, whether any additional substantial pretrial motion practice is necessary in this matter, and settlement.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk