UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *Hudock, et al. v. LG Electronics U.S.A., Inc., et al.* | Lead Case No. 16-cv-1220-JRT-KMM |
| This Document Relates To: | **NOTICE OF WITHDRAWL OF COUNSEL** |
| All Actions | |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that Alyssa J. Leary is withdrawing her representation of Plaintiffs in this matter. Plaintiffs will continue to be represented by David M. Cialkowski and Hart Robinovitch of the law firm Zimmerman Reed LLP.

Respectfully submitted,

Dated: December 8, 2021

/s/ Alyssa J. Leary
David M. Cialkowski
Alyssa J. Leary
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
david.cialkowski@zimmreed.com
alyssa.leary@zimmreed.com

Hart L. Robinovitch
**ZIMMERMAN REED LLP**
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ  85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com