## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *Hudock et al. v. LG Electronics U.S.A., Inc. et al.* | Lead Case No. 16-cv-1220 JRT-ECW |
| This Document Relates To: All Actions | **STIPULATION OF DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiffs Breann Hudock, Eugene Mannacio, and Brian Fleishman, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (a stipulation of dismissal signed by all parties who have appeared), hereby dismiss their actions against Defendant LG Electronics U.S.A., Inc., and Defendants Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com LLC, with prejudice, with each party to bear its own costs.

Dated: November 17, 2022              Respectfully submitted,

By: */s/ David M. Cialkowski*
David M. Cialkowski (MN Lic. #306526)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com

Hart L. Robinovitch (MN Lic. #240515)
**ZIMMERMAN REED LLP**
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6415
hart.robinovitch@zimmreed.com

Daniel C. Hedlund (MN Lic. #258337)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com

Luke P. Hudock (*pro hac vice*)
**HUDOCK LAW GROUP, S.C.**
P.O. Box 83
Muskego, WI 53150
Telephone: (414) 526-4906
lphudock@law-hlg.com

Samuel J. Strauss (*pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1774
Sam@turkestrauss.com

*Attorneys for Plaintiffs*


By: */s/ Phoebe A. Wilkinson*
Phoebe A. Wilkinson (*Pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY, 10022
Telephone: 212-918-3010
phoebe.wilkinson@hoganlovells.com

Peter H. Walsh (MN No. 388672)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3000
F. (612) 402-3001
peter.walsh@hoganlovells.com

*Attorneys for Defendants LG Electronics, U.S.A., Inc., Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com LLC*